IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00946-PAB-CBS

JOAQUIN GONZALES,

    Plaintiff,

v.

MICHAEL SIZEMORE, in his personal capacity,

    Defendant.

_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on Plaintiff's Unopposed Motion to Reopen Case [Docket No. 43] and Plaintiff's Status Report [Docket No. 42]. For good cause shown and pursuant to the lifting of the automatic stay by the Bankruptcy Court, *see* Docket No. 42-1, it is

    **ORDERED** that Plaintiff's Unopposed Motion to Reopen Case [Docket No. 43] is granted. It is further

    **ORDERED** that this case shall be reopened.

    DATED April 22, 2014.